**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHONDA VALENTINE,

              Plaintiff,

    v.

THE TOWERS CONDOMINIUM
ASSOCIATION,

              Defendant.

Case No. 22-cv-3216 (JMC)

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendant's motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 26, 2024